# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MAREINERS, LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**ANOMATIC CORPORATION,**<br><br>　　　　Defendant. | **CASE NO. 2:22-CV-03433-EAS-KAJ**<br><br>**Judge Edmund A. Sargus, Jr.**<br>**Magistrate Judge Kimberly A. Jolson** |

## DEFENDANT ANOMATIC CORPORATION'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Anomatic Corporation respectfully moves the Court to enter summary judgment in its favor on all counts asserted against it in Plaintiff Mareiners, LLC's Amended Complaint (ECF No. 77).

An accompanying memorandum in support (the "Memorandum") and declaration in support (the "Declaration") have been contemporaneously filed with the Court under seal pursuant to this Court's Order dated June 13, 2023, as the Memorandum and Declaration "relate to, refer to, [and] identify trade secrets." (ECF No. 24.)

Dated:　　　February 28, 2025　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**Vorys, Sater, Seymour and Pease LLP**

　　　　　　　　　　　　　　　　　　　　　 /s/  *Aaron M. Williams*
　　　　　　　　　　　　　　　　　　　　　Aaron M. Williams, Trial Attorney (0090319)
　　　　　　　　　　　　　　　　　　　　　Michael J. Garvin (0025394)
　　　　　　　　　　　　　　　　　　　　　Marcel C. Duhamel (0062171)
　　　　　　　　　　　　　　　　　　　　　Andrew D. Fleming (0104285)
　　　　　　　　　　　　　　　　　　　　　200 Public Square, Suite 1400
　　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44120
　　　　　　　　　　　　　　　　　　　　　Phone: 216-479-6180
　　　　　　　　　　　　　　　　　　　　　Fax:　  216-937-3405
　　　　　　　　　　　　　　　　　　　　　Email: amwilliams@vorys.com
　　　　　　　　　　　　　　　　　　　　　　　　　 mjgarvin@vorys.com

1

mcduhamel@vorys.com
adfleming@vorys.com

Brady R. Wilson (0101533)
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: 614-464-6374
Fax:    614-719-4630
Email: brwilson@vorys.com

**Linklaters LLP**

Patrick C. Ashby (Bar No. 4622031)
Michael Pilcher (Bar No. 5521067)
Salma H. Shitia (Bar No. 6108112)
1290 Avenue of the Americas,
New York, NY 10104
Phone: 212-903-9268
Fax:    212-903-9100
Email: patrick.ashby@linklaters.com
       michael.pilcher@linklaters.com
       salma.shitia@linklaters.com

*Counsel for Defendant Anomatic Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on February 28, 2025, and that true and correct copies were simultaneously emailed to all counsel of record.

    /s/ *Aaron M. Williams*
Aaron M. Williams, Trial Attorney (0090319)
**Vorys, Sater, Seymour and Pease LLP**
200 Public Square, Suite 1400
Cleveland, Ohio 44120
Phone:   216-479-6100
Fax:      216-479-6060
Email: amwilliams@vorys.com

*One of the Attorneys for Defendant*
*Anomatic Corporation*