UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MAREINERS, LLC,
        Plaintiff,

v.

ANOMATIC CORPORATION,
        Defendant.

Case No. 2:22-cv-3433
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court on Defendant Anomatic Corporation's Motion for Judgment on the Pleadings. (ECF No. 69.) Anomatic argues that Plaintiff Mareiners, LLC's claims for tortious interference with a business relationship, unjust enrichment, and conversion are preempted by its Ohio Uniform Trade Secrets Act ("OUTSA") claim. (*Id.* PageID 786–90.)

After Anomatic filed its Motion for Judgment on the Pleadings, the Court granted Mareiners leave to file an Amended Complaint. (ECF No. 74.) The Amended Complaint does not include the tort claims that Anomatic argues are preempted by the OUTSA. (Am. Compl., ECF No. 76.) Instead, the Amended Complaint asserts claims for misappropriation of trade secrets under the Defend Trade Secrets Act ("DTSA") (Count I) and the OUTSA (Count II), breach of a non-disclosure agreement (Count III), breach of a patent license agreement and implied contractual duty of good faith and fair dealing (Count IV), and correction of inventorship under 35 U.S.C. § 256 (Count V). (*Id.* ¶¶ 107–39.)

Because Mareiners's Amended Complaint dropped the tortious interference, unjust enrichment, and conversion claims, Anomatic's Motion for Judgment on the Pleadings (ECF No. 69) is **DENIED as moot**. This case remains open.

        IT IS SO ORDERED.

4/7/2025
DATE

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE